| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Reuland Electric Co. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

**NOTE:** Official Form 204 calls for a list of the 20 largest unsecured claims. Local Bankruptcy Rule 2081-2(d) requires a debtor in a complex chapter 11 case to file a consolidated list of not fewer than the 30 largest unsecured creditors of the debtors, including at least 5 unsecured creditors of each debtor. This form has been modified accordingly to list the 30 largest non-insider unsecured claims. OnCore Motor Group LLC does not have five or more unsecured creditors. Each claim listed below is a claim against Reuland Electric Co.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Frize Corporation<br>16605 E. Gale Avenue<br>Industry, CA 91745** | RFrize@frizecorp.com | | disputed | | | $712,917.43 |
| **Sentry Insurance<br>P.O. Box 8045<br>Stevens Point, WI 54481-8045** | ben.gullickson@sentry.com | | | | | $321,283.99 |
| **SWC Industries LLC<br>1730 Stout Drive, Ste 1<br>Warminster, PA 18974** | (215) 328-9700<br>scrognale@swcindustries.com | | | | | $245,185.65 |
| **EIS Legacy LLC - CA<br>P.O. Box 734768<br>Chicago, IL 60673-4768** | (909) 218-3400<br>gloria.gutierrez@eis-inc.com | | | | | $205,221.15 |
| **Custom Alloy Light Metals, Inc.<br>13329 Ector Street, Suite 440<br>City of Industry, CA 91746** | (626) 369-3641<br>helen.hoang@customalloysales.com | | | | | $146,712.91 |
| **Coilplus, Inc.<br>4801 Gateway Blvd<br>Springfield, OH 45502** | (702) 612-0360<br>tbaker@coilplus.com | | | | | $144,721.45 |
| **Structural Engineering & Design<br>1815 Wright Avenue<br>La Verne, CA 91750** | bob@scedinc.com | | | | | $115,344.00 |
| **Superior Essex<br>Essex Brownell Inc.<br>1601 Wall Street<br>Fort Wayne, IN 46802** | (480) 756-7204<br>Ivette.guzman@spsx.com | | | | | $113,197.02 |
| **Badger Controls Inc.<br>12832 Valley View St., Unit 212<br>Garden Grove, CA 92845** | Joya Stone<br>(714) 827-5223<br>Joya@badgercontrols.com | | | | | $100,685.92 |
| **Minmax Advisors Inc.<br>38885 Westchester Lane<br>Northville, MI 48167** | payman@minmaxadvisors.com | | | | | $100,000.00 |
| **Mercer RPM Inc.<br>P.O. Box 180137<br>Delafield, WI 53018** | (262) 524-0746<br>dstetlersr@mercerrpm.com | | | | | $93,145.91 |
| **Global Shop Solutions Inc.<br>975 Evergreen Circle<br>The Woodlands, TX 77380** | (281) 466-8212<br>rzamarron@gssmail.com | | | | | $91,907.58 |
| **Anthem Blue Cross<br>P.O. Box 511300<br>Los Angeles, CA 90051-7855** | Bora.Sir@Anthem.com | | | | | $89,601.02 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **EIS Legacy LLC - MI<br>P.O. Box 734768<br>Chicago, IL 60673-4768** | (800) 347-8991<br>gloria.gutierrez@eis-inc.com | | | | | $88,284.96 |
| **Lapham-Hickey Steel Corp.<br>P.O. Box 854736<br>Minneapolis, MN 55485-4736** | (708) 496-6111<br>lpierorazio@Lapham-Hickey.com | | | | | $85,375.52 |
| **Louis Allis, LLC<br>645 Lester Doss Rd.<br>Warrior, AL 35180** | (205) 543-1066<br>AccountsReceivable@louisallis.com | | disputed | | | $63,914.86 |
| **Fisher & Phillips, LLP<br>1200 Abernathy Road, Suite 950<br>Atlanta, GA 30328** | (312) 260-4757<br>cdalton@fisherphillips.com | | | | | $62,352.10 |
| **TrueNorth Companies, LC<br>P.O. Box 1863<br>Cedar Rapids, IA 52406** | (800) 798-4080<br>Cswanson@truenorthcompanies.com | | | | | $61,041.26 |
| **Nidec Motor Corporation<br>P.O. Box 28346<br>Chicago, IL 60673-1283** | (216) 901-2469<br>Hanna.Lomongo@nidec-motor.com | | | | | $58,834.02 |
| **McCamish Consulting Group<br>647 John F. Kennedy Blvd., Apt. 304<br>Bayonne, NJ 07002** | (860) 534-1445<br>bernie.mccamish@reuland.com | | | | | $52,500.00 |
| **Prater Technical Partners Inc.<br>P.O. Box 110326<br>Brooklyn, NY 11211** | (917) 673-2787<br>scott@pratertechnical.com | | | | | $52,450.44 |
| **Chilest Industries LLC<br>709 Brea Canyon Rd., Suite 4<br>Walnut, CA 91789** | joev@chillestind.com | | | | | $47,384.16 |
| **LG Staffing Solution<br>15155 Gale Avenue, Suite C<br>Hacienda Heights, CA 91745** | (626) 350-4200<br>payroll@lgstaffing.com | | | | | $47,187.04 |
| **Mac Reuland LLC<br>3841 Green Hills Village Dr., Ste. 400<br>Nashville, TN 37215** | (615) 269-5444<br>mmcdonald@oldacremcdonald.com | | | | | $45,000.00 |
| **Berry Street, LLC<br>400 N. Berry St.<br>Brea, CA 92821** | kjeanroberts@gmail.com | | | | | $37,542.00 |
| **225 Unruh LLC<br>1426 Hidden Valley Rd.<br>Thousand Oaks, CA 91361** | lina_mashack@jtmail.com | | | | | $37,497.07 |
| **Scott Sales Co.<br>6115 Maywood Avenue<br>Huntington Park, CA 90255** | (323) 277-9033<br>Csalcedo@scottsalesco.com | | | | | $35,247.56 |
| **ABB Motors & Mechanical Inc.<br>c/o Power Reps Inc.<br>6480 Flotilla Street<br>Commerce, CA 90040** | Ryan Phounsavath<br>(323) 724-6771<br>ryan.phounsavath@us.abb.com | | | | | $30,604.83 |
| **Argo Spring Manufacturing<br>13930 Shoemaker Avenue<br>Norwalk, CA 90650** | Adriana Meza<br>(562) 921-6741<br>receptionist@argospringmfg.com | | | | | $29,637.15 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Southern California Edison Co.<br>P.O. Box 300<br>Rosemead, CA 91772-0001** | netbill@sce.com | | | | | $28,866.40 |