**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ONCORE MOTOR GROUP LLC, and | ) | Case No. 26-BK-04298 |
| REULAND ELECTRIC CO., | ) | Case No. 26-BK-04300 |
| | ) | |
| Debtors.[1] | ) | Hon. Nancy B. King |
| | ) | Chapter 11 |
| | ) | (Joint Administration Requested) |

**NOTICE OF ELECTION FOR TREATMENT AS A COMPLEX CHAPTER 11 CASE**

OnCore Motor Group LLC and Reuland Electric Co., the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby give notice, pursuant to Local Bankruptcy Rule 2081-2(b), of their election to have these Chapter 11 cases treated as complex cases, and in support thereof state as follows:

1. On September 3, 2026 (the "Petition Date"), the Debtors filed with this Court voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. Local Bankruptcy Rule 2081-2(a) provides that a case is eligible to be treated as a complex case if (1) it is filed under Chapter 11 of the Bankruptcy Code; (2) it is not filed by an individual debtor, as a single asset real estate debtor, or as a small business debtor as defined in section 101(51C) of the Bankruptcy Code; and (3) the debt of the debtor or the aggregate debt of all affiliated debtors is at least $10 million or it involves a debtor with publicly traded debt or equity.

[1] The Debtors in these Chapter 11 cases, along with the last four digits of Debtors' federal tax identification numbers are: OnCore Motor Group LLC (3510) and Reuland Electric Co. (2980). The corporate headquarters and mailing address for OnCore Motor Group LLC is 6323 Pettus Road, Antioch, TN 37013-4722. The corporate headquarters for Reuland Electric Co. is 1615 Yeager Ave, La Verne, CA 91750 and the mailing address is 225 North Unruh, City of Industry, CA 91744.

3. Each of these Chapter 11 cases satisfies the criteria set forth in Local Bankruptcy Rule 2081-2(a):

(a) These cases are filed under Chapter 11 of the Bankruptcy Code.

(b) Neither Debtor is an individual. Reuland Electric Co. is a California corporation and OnCore Motor Group LLC is a Tennessee limited liability company. Neither Debtor is a single asset real estate debtor within the meaning of section 101(51B) of the Bankruptcy Code, and neither Debtor has elected or is eligible to elect treatment as a small business debtor under section 101(51C) of the Bankruptcy Code.

(c) The aggregate debt of the Debtors, which are affiliates within the meaning of section 101(2) of the Bankruptcy Code, exceeds $10 million. Austin Financial Services, Inc. asserts a secured claim of not less than $10,650,587.68. Byline Bank asserts a secured claim of approximately $3,966,600.95. Approximately fifty-seven equipment financing arrangements carried an aggregate balance of approximately $4,002,063 as of July 2026. Trade payables and other general unsecured obligations total approximately $5.0 million. The aggregate debt of the Debtors is therefore approximately $23.6 million.

4. The Debtors are affiliated debtors within the meaning of Local Bankruptcy Rule 2081-2(c). OnCore Motor Group LLC is the parent of Reuland Electric Co. Accordingly, and as provided in Local Bankruptcy Rule 2081-2(c), the cases of both affiliated Debtors are to be treated as complex cases. The Debtors have contemporaneously filed a motion seeking joint administration of these cases pursuant to Local Bankruptcy Rule 2081-2(d).

5. Pursuant to Local Bankruptcy Rule 2081-2(b), the filing of this notice of election concurrently with the petitions renders these cases eligible to be treated as complex cases, and these cases shall be deemed to be complex cases unless and until the Court orders otherwise. The Debtors understand that any party in interest may file a motion for a hearing on the propriety of complex case designation, and that a debtor whose case is treated as a complex case must file the identification of the debtor's attorney with the clerk as required by Local Bankruptcy Rule 2081-2(c).

6. In further support of this election, the Debtors state that these cases present the administrative characteristics that Local Bankruptcy Rule 2081-2 is designed to address. The Debtors operate four manufacturing facilities in California and Michigan, together with an engineering office in Ohio, and employ approximately 194 people. The Debtors have approximately 300 creditors and parties in interest, including approximately twenty secured equipment lenders and lessors. Reuland Electric Co. and its chief executive officer are defendants in litigation commenced by Austin Financial Services, Inc. in the Superior Court of California for the County of Los Angeles, Case No. 26STCV26896, in which that party has stated its intention to seek the appointment of a receiver over Reuland's business and assets. The Debtors have filed a number of first day motions requiring consideration on an expedited basis.

7. Contemporaneously herewith, the Debtors have filed the initial Master Service List required by Local Bankruptcy Rule 2081-2(f), and have moved for entry of an order approving that list, limiting notice, authorizing service by electronic mail, and establishing procedures by which parties in interest may request notice.

8. The Debtors respectfully request that the Court enter a case management order at the first day hearing addressing the matters set forth in Local Bankruptcy Rule 2081-2(h), including acknowledgment or verification of the complex case designation, approval of the Master Service List procedure, approval of the hearing procedures and hearing agenda procedures, instructions for arranging telephonic appearances at hearings, approval of the professional compensation and reimbursement of expenses procedures, and approval of the certificate of service procedure.

Dated: September 3, 2026.

Respectfully submitted,

/s/ Robert J. Gonzales
Robert J. Gonzales (TN BPR# 016705)
Hannah L. Berny (TN BPR# 039269)
**EMERGELAW, PLC**
4235 Hillsboro Pike, Suite 300
Nashville, Tennessee 37215
(615) 815-1535
robert@emerge.law
hannah@emerge.law

*Proposed Counsel for Debtors and Debtors in Possession*