**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ONCORE MOTOR GROUP LLC, and | ) | Case No. 26-BK-04298 |
| REULAND ELECTRIC CO., | ) | Case No. 26-BK-04300 |
| | ) | |
| Debtors.[1] | ) | Hon. Nancy B. King |
| | ) | Chapter 11 |
| | ) | (Joint Administration Requested) |

**NOTICE OF FILING OF MASTER SERVICE LIST**

PLEASE TAKE NOTICE that OnCore Motor Group LLC and Reuland Electric Co., the debtors and debtors in possession in the above-captioned cases, hereby file the Master Service List attached hereto, as required by Rule 2081-2(f) of the Local Rules of Court of the United States Bankruptcy Court for the Middle District of Tennessee.

Dated: September 3, 2026

Respectfully submitted,

*/s/ Robert J. Gonzales*

Robert J. Gonzales (TN BPR# 016705)
Hannah L. Berny (TN BPR# 039269)
**EMERGELAW, PLC**
4235 Hillsboro Pike, Suite 300
Nashville, Tennessee 37215
(615) 815-1535
robert@emerge.law
hannah@emerge.law

*Proposed Counsel for Debtors and Debtors in Possession*

[1] The Debtors in these Chapter 11 cases, along with the last four digits of Debtors' federal tax identification numbers are: OnCore Motor Group LLC (3510) and Reuland Electric Co. (2980). The corporate headquarters and mailing address for OnCore Motor Group LLC is 6323 Pettus Road, Antioch, TN 37013-4722. The corporate headquarters for Reuland Electric Co. is 1615 Yeager Ave, La Verne, CA 91750 and the mailing address is 225 North Unruh, City of Industry, CA 91744.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ONCORE MOTOR GROUP LLC, and | ) | Case No. 26-BK-04298 |
| REULAND ELECTRIC CO., | ) | Case No. 26-BK-04300 |
| | ) | |
| Debtors.[2] | ) | Hon. Nancy B. King |
| | ) | Chapter 11 |
| | ) | (Joint Administration Requested) |

**MASTER SERVICE LIST**

OnCore Motor Group LLC and Reuland Electric Co., the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), file this master service list (the "Master Service List") pursuant to Rule 2081-2(f) of the Local Rules of Court of the United States Bankruptcy Court for the Middle District of Tennessee (the "Local Rules").

Pursuant to Local Rule 2081-2(f), unless otherwise required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), or this Court, notices of motions and other matters in these Chapter 11 Cases shall be limited to the parties on this Master Service List. Approval of the form and composition of this Master Service List, together with related notice procedures, is sought in the *Expedited Motion for Entry of an Order (A) Approving the Master Service List, (B) Limiting Notice, (C) Authorizing Service by Electronic Mail, and (D) Establishing Procedures for Parties to Request Notice*, filed contemporaneously herewith.

The Debtors will file an updated Master Service List at least every seven (7) days during the first thirty (30) days of these Chapter 11 Cases and at least every thirty (30) days thereafter; provided that if there are no changes to the list, an updated Master Service List need not be filed. The categories below correspond to the eleven categories enumerated in Local Rule 2081-2(f).

### 1. The Debtors

| | |
|---|---|
| OnCore Motor Group LLC<br>6323 Pettus Road<br>Cane Ridge, TN 37013-4722<br>Attn: Grant R. Bibby<br>grant.bibby@reuland.com | Reuland Electric Co.<br>225 North Unruh<br>City of Industry, CA 91744<br>Attn: Grant R. Bibby<br>grant.bibby@reuland.com |

[2] The Debtors in these Chapter 11 cases, along with the last four digits of Debtors' federal tax identification numbers are: OnCore Motor Group LLC (3510) and Reuland Electric Co. (2980). The corporate headquarters and mailing address for OnCore Motor Group LLC is 6323 Pettus Road, Antioch, TN 37013-4722. The corporate headquarters for Reuland Electric Co. is 1615 Yeager Ave, La Verne, CA 91750 and the mailing address is 225 North Unruh, City of Industry, CA 91744.

## 2. The Debtors' Attorney

| |
|---|
| Robert J. Gonzales<br>Hannah L. Berny<br>EmergeLaw, PLC<br>4235 Hillsboro Pike, Suite 300<br>Nashville, TN 37215<br>robert@emerge.law<br>hannah@emerge.law |

## 3. The United States Trustee

| |
|---|
| Office of the United States Trustee<br>Region 8<br>701 Broadway, Suite 318<br>Nashville, TN 37203<br>(615) 736-2254 |

## 4. Pre-Petition Secured Lenders

Including each holder of an equipment or vehicle financing arrangement or lease, together with counsel for any such party known to the Debtors. The parties identified below are every creditor scheduled on Schedule D: Creditors Who Have Claims Secured by Property, listed once each notwithstanding that certain creditors hold more than one scheduled claim. No counsel is known to the Debtors for any such party other than as identified below.

| | |
|---|---|
| Austin Financial Services, Inc.<br>11111 Santa Monica Blvd., Suite 900<br>Los Angeles, CA 90025-9823<br>Attn: Donald Caskey<br>don@austinfinancial.com<br>(424) 369-4603 | Counsel for Austin Financial Services, Inc.<br>Buchalter LLP<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017-2457<br>Attn: William S. Brody; Pooya E. Sohi; Kevin J. Connelly<br>wbrody@buchalter.com; psohi@buchalter.com; kconnelly@buchalter.com<br>(213) 891-0700 |

| | |
|---|---|
| Byline Bank<br>PO Box 7968<br>Carol Stream, IL 60197-7968<br>Attn: Loan Operations Department<br>dstanton@bylinebank.com<br><br>Notice address under Loan Agreement § 8.7:<br>Byline Bank<br>Attn: Loan Operations Department<br>13925 W. North Avenue<br>Brookfield, WI 53005<br><br>Lender address on the SBA Authorization:<br>Byline Bank<br>180 N. LaSalle St., Ste. 300<br>Chicago, IL 60601-3110 | Counsel for Byline Bank<br>Lewis Kappes, P.C.<br>One American Square, Suite 2500<br>Indianapolis, IN 46282<br>(317) 639-1210 |
| Ally Servicing LLC<br>PO Box 380901<br>Bloomington, MN 55438<br>csghelpdesk@ally.com | Amur Financial Services<br>PO Box 209505<br>Dallas, TX 75320-9505<br>customercare@goamur.com |
| Complete Capital Services, Inc.<br>PO Box 790448<br>St Louis, MO 63179-0448<br>administration@completecapitalservices.com | De Lage Landen Financial Services, Inc.<br>PO Box 825736<br>Philadelphia, PA 19182-5736<br>customersupport@leasedirect.com |
| Dell Financial Services<br>PO Box 5292<br>Carol Stream, IL 60197-5292<br>Amanda.Hofmann@dell.com | Ellison Financing Services<br>9828 Arlee Avenue<br>Santa Fe Springs, CA 90670<br>gvelazquez@financingserv.com |
| Five-Lakes Financial, Inc.<br>PO Box 5066<br>Hartford, CT 06102-5066<br>kobek@techfin.net | GM Financial<br>PO Box 183593<br>Arlington, TX 76096-3593<br>Finance@vvchevy.com |
| Greatamerica<br>PO Box 660831<br>Dallas, TX 75266-0831<br>customersupport-16@accountservicing.com | Highland Capital Corporation<br>370 Pascack Rd.<br>TWP of Washington, NJ 07676<br>customerservice@highlandcc.com |
| Hometrust Bank<br>17065 Nat Bynum Lane<br>Cornelius, NC 28031<br>equipmentfinance@htb.com | Horizon Equipment Finance Solutions<br>PO Box 843840<br>Dallas, TX 75284-3840<br>ServicingTeam@accountservicing.com |
| Hyundai Puente Hills<br>PO Box 660891<br>Dallas, TX 75266-0891<br>LarryD@phhyundai.com | Leaf<br>PO Box 5066<br>Hartford, CT 06102-5066<br>customersupport@administration-services.com |

| | |
|---|---|
| Manufacturers Financing Services (MFS)<br>9828 Arlee Avenue<br>Santa Fe Springs, CA 90670<br>(562) 949-4771<br>mbillington@financingserv.com | Mitsubishi HC Capital America, Inc.<br>PO Box 71347<br>Chicago, IL 60694-1347<br>customerserviceEF@mhccna.com |
| Navitas Credit Corp.<br>201 Executive Center Dr., Suite 100<br>Columbia, SC 29210<br>customerservice@navitascredit.com | Regents Capital Corporation<br>3200 Bristol Street, Suite 400<br>Costa Mesa, CA 92626<br>service@regentscapital.com |
| Stearns Bank, N.A.<br>4140 Thielman Lane, Ste. 105<br>St Cloud, MN 56301 | Summit Funding Group<br>PO Box 402<br>Middletown, OH 45042-0402<br>customerservice@financeadmin.com |
| U.S. Bank<br>PO Box 790448<br>St Louis, MO 63179-0448<br>efcustomersupport@usbank.com | U.S. Small Business Administration<br>Tennessee District Office<br>2 International Plaza Drive, Suite 500<br>Nashville, TN 37217<br>bankruptcynotices@sba.gov |

### 5. Post-Petition Secured Lenders

None as of the Petition Date. Any post-petition secured lender and its counsel shall be added to the Master Service List upon closing of any post-petition financing, without further order of this Court.

### 6. Consolidated List of Thirty Largest Unsecured Creditors

Because joint administration is sought, Local Rule 2081-2(f)(6) directs that this Master Service List include the consolidated list required by Local Rule 2081-2(d), which is a consolidated list of not fewer than the thirty (30) largest unsecured creditors of the Debtors, including at least five (5) unsecured creditors for each Debtor. That list is filed contemporaneously herewith in the case of OnCore Motor Group LLC and its constituents are set forth below. Each claim set forth below is a claim against Reuland Electric Co. OnCore Motor Group LLC does not have five or more unsecured creditors. The Debtors have provided the Office of the United States Trustee with electronic mail addresses that could be ascertained for the twenty (20) largest unsecured creditors in accordance with Local Rule 2081-2(d).

| | |
|---|---|
| 1. Frize Corporation<br>16605 E. Gale Avenue<br>Industry, CA 91745<br>RFrize@frizecorp.com | 2. Sentry Insurance<br>P.O. Box 8045<br>Stevens Point, WI 54481-8045<br>ben.gullickson@sentry.com |
| 3. SWC Industries LLC<br>1730 Stout Drive, Suite 1<br>Warminster, PA 18974<br>(215) 328-9700<br>scrognale@swcindustries.com | 4. EIS Legacy LLC - CA<br>P.O. Box 734768<br>Chicago, IL 60673-4768<br>(909) 218-3400<br>gloria.gutierrez@eis-inc.com |

| | |
|---|---|
| 5. Custom Alloy Light Metals, Inc.<br>13329 Ector Street, Suite 440<br>City of Industry, CA 91746<br>(626) 369-3641<br>helen.hoang@customalloysales.com | 6. Coilplus, Inc.<br>4801 Gateway Blvd<br>Springfield, OH 45502<br>(702) 612-0360<br>tbaker@coilplus.com |
| 7. Structural Engineering & Design<br>1815 Wright Avenue<br>La Verne, CA 91750<br>bob@scedinc.com | 8. Superior Essex<br>Essex Brownell Inc.<br>1601 Wall Street<br>Fort Wayne, IN 46802<br>(480) 756-7204<br>Ivette.guzman@spsx.com |
| 9. Badger Controls Inc.<br>12832 Valley View St., Unit 212<br>Garden Grove, CA 92845<br>Attn: Joya Stone<br>(714) 827-5223<br>Joya@badgercontrols.com | 10. Minmax Advisors Inc.<br>38885 Westchester Lane<br>Northville, MI 48167<br>payman@minmaxadvisors.com |
| 11. Mercer RPM Inc.<br>P.O. Box 180137<br>Delafield, WI 53018<br>(262) 524-0746<br>dstetlersr@mercerrpm.com | 12. Global Shop Solutions Inc.<br>975 Evergreen Circle<br>The Woodlands, TX 77380<br>(281) 466-8212<br>rzamarron@gssmail.com |
| 13. Anthem Blue Cross<br>P.O. Box 511300<br>Los Angeles, CA 90051-7855<br>Bora.Sir@Anthem.com | 14. EIS Legacy LLC - MI<br>P.O. Box 734768<br>Chicago, IL 60673-4768<br>(800) 347-8991<br>gloria.gutierrez@eis-inc.com |
| 15. Lapham-Hickey Steel Corp.<br>P.O. Box 854736<br>Minneapolis, MN 55485-4736<br>(708) 496-6111<br>lpierorazio@Lapham-Hickey.com | 16. Louis Allis, LLC<br>645 Lester Doss Rd.<br>Warrior, AL 35180<br>(205) 543-1066<br>AccountsReceivable@louisallis.com |
| 17. Fisher & Phillips, LLP<br>1200 Abernathy Road, Suite 950<br>Atlanta, GA 30328<br>(312) 260-4757<br>cdalton@fisherphillips.com | 18. TrueNorth Companies, LC<br>P.O. Box 1863<br>Cedar Rapids, IA 52406<br>(800) 798-4080<br>Cswanson@truenorthcompanies.com |
| 19. Nidec Motor Corporation<br>P.O. Box 28346<br>Chicago, IL 60673-1283<br>(216) 901-2469<br>Hanna.Lomongo@nidec-motor.com | 20. McCamish Consulting Group<br>647 John F. Kennedy Blvd., Apt. 304<br>Bayonne, NJ 07002<br>(860) 534-1445<br>bernie.mccamish@reuland.com |

| | |
|---|---|
| 21. Prater Technical Partners Inc.<br>P.O. Box 110326<br>Brooklyn, NY 11211<br>(917) 673-2787<br>scott@pratertechnical.com | 22. Chilest Industries LLC<br>709 Brea Canyon Rd., Suite 4<br>Walnut, CA 91789<br>joev@chillestind.com |
| 23. LG Staffing Solution<br>15155 Gale Avenue, Suite C<br>Hacienda Heights, CA 91745<br>(626) 350-4200<br>payroll@lgstaffing.com | 24. Mac Reuland LLC<br>3841 Green Hills Village Dr., Ste. 400<br>Nashville, TN 37215<br>(615) 269-5444<br>mmcdonald@oldacremcdonald.com |
| 25. Berry Street, LLC<br>400 N. Berry St.<br>Brea, CA 92821<br>kjeanroberts@gmail.com | 26. 225 Unruh LLC<br>1426 Hidden Valley Rd.<br>Thousand Oaks, CA 91361<br>lina_mashack@jtmail.com |
| 27. Scott Sales Co.<br>6115 Maywood Avenue<br>Huntington Park, CA 90255<br>(323) 277-9033<br>Csalcedo@scottsalesco.com | 28. ABB Motors & Mechanical Inc.<br>c/o Power Reps Inc.<br>6480 Flotilla Street<br>Commerce, CA 90040<br>Attn: Ryan Phounsavath<br>(323) 724-6771<br>ryan.phounsavath@us.abb.com |
| 29. Argo Spring Manufacturing<br>13930 Shoemaker Avenue<br>Norwalk, CA 90650<br>Attn: Adriana Meza<br>(562) 921-6741<br>receptionist@argospringmfg.com | 30. Southern California Edison Co.<br>P.O. Box 300<br>Rosemead, CA 91772-0001<br>netbill@sce.com |

**7. Committees Appointed Under the Bankruptcy Code and Their Attorneys**

No committee has been appointed as of the Petition Date. Any committee appointed under the Bankruptcy Code and its attorney shall be added to the Master Service List upon appointment, without further order of this Court.

**8. Parties Who Have Specifically Requested Notice**

None as of the Petition Date. Any party in interest may be added to the Master Service List by filing with the Court and serving on counsel to the Debtors a written request for notice identifying the name of the party, the name of counsel if the party is represented, a mailing address, an electronic mail address, and the nature of the party's interest in these Chapter 11 Cases. Any party that files a request for notice under Bankruptcy Rule 2002(i) shall be deemed to have requested to be added to the Master Service List. The Debtors shall add any such party to the next updated Master Service List filed with the Court.

**9. Applicable Government Agencies**

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | United States Attorney's Office<br>Middle District of Tennessee<br>719 Church Street, Suite 3300<br>Nashville, TN 37203 |
| Tennessee Department of Revenue<br>Bankruptcy Unit<br>c/o Tennessee Attorney General's Office,<br>Bankruptcy Division<br>P.O. Box 20207, Nashville, TN 37202-0207 | Tennessee Attorney General<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| California Franchise Tax Board<br>Bankruptcy Section, MS A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | California Department of Tax and Fee Administration<br>Account Information Group, MIC: 29<br>P.O. Box 942879, Sacramento, CA 94279-0029 |
| California Employment Development Department<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Michigan Department of Treasury<br>Attn: Litigation Liaison, 2nd Floor, Austin Building<br>430 West Allegan Street, Lansing, MI 48922 |
| Ohio Department of Taxation<br>c/o Bankruptcy Division, P.O. Box 530<br>Columbus, OH 43216-0530 | Securities and Exchange Commission<br>Los Angeles Regional Office, 444 South Flower Street, Suite 900<br>Los Angeles, CA 90071 |

**10. Indenture Trustees**

None. Neither Debtor has issued debt securities under an indenture. Any indenture trustee shall be added to the Master Service List if one is later identified.

**11. Petitioning Creditors**

Not applicable. These Chapter 11 Cases were commenced by voluntary petition. There are no petitioning creditors.

[*remainder of page intentionally left blank*]

Dated: September 3, 2026

Respectfully submitted,

/s/ Robert J. Gonzales
Robert J. Gonzales (TN BPR# 016705)
Hannah L. Berny (TN BPR# 039269)
**EMERGELAW, PLC**
4235 Hillsboro Pike, Suite 300
Nashville, Tennessee 37215
(615) 815-1535
robert@emerge.law
hannah@emerge.law

*Proposed Counsel for Debtors and Debtors in Possession*