**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ONCORE MOTOR GROUP LLC, and | ) | Case No. 26-BK-04298 |
| REULAND ELECTRIC CO., | ) | Case No. 26-BK-04300 |
| | ) | |
| Debtors.[1] | ) | Hon. Nancy B. King |
| | ) | Chapter 11 |
| | ) | (Joint Administration Requested) |

**EXPEDITED MOTION FOR ENTRY OF AN ORDER GRANTING ADDITIONAL TIME TO FILE SCHEDULES AND STATEMENTS**

The above captioned debtors and debtors in possession (collectively, the "Debtors"), hereby move the Court (this "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit A**, extending the deadline by which the Debtors must file their schedules and statements of financial affairs. In support of this Motion, the Debtors rely upon, and incorporate by reference, the *Declaration of Grant R. Bibby in Support of Chapter 11 Petitions and First Day Pleadings* (the "First Day Declaration"),[2] filed contemporaneously with this Motion. In further support of this Motion, the Debtors respectfully state as follows:

**SUMMARY OF EXPEDITED RELIEF REQUESTED**

1. **Expedited Relief Requested.** Debtors request the Court enter an order on an expedited basis substantially in the form attached hereto pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9075-1 of the Local Rules of

[1] The Debtors in these Chapter 11 cases, along with the last four digits of Debtors' federal tax identification numbers are: OnCore Motor Group LLC (3510) and Reuland Electric Co. (2980). The corporate headquarters and mailing address for OnCore Motor Group LLC is 6323 Pettus Road, Antioch, TN 37013-4722. The corporate headquarters for Reuland Electric Co. is 1615 Yeager Ave, La Verne, CA 91750 and the mailing address is 225 North Unruh, City of Industry, CA 91744.

[2] Capitalized terms used but not defined in this Motion shall have the meanings given to them in the First Day Declaration.

Court for the United States Bankruptcy Court, Middle District of Tennessee (the "Local Rules").

2. **Basis for Urgency.** This Motion must be considered on an expedited basis because the Debtors filed their Chapter 11 petitions on an emergency basis and require additional time to complete Statements and Schedules.

3. **Notice.** This Motion has been served on (i) all parties consenting to electronic service via the Court's CM/ECF system, (ii) the Office of the United States Trustee, (iii) the 20 largest unsecured creditors and all secured creditors of each Debtor via first class mail, and via email as available. Debtors' proposed counsel informed the Office of the United States Trustee prior to the filing of the Chapter 11 Cases that first day motions would be filed.

4. **Hearing Date.** The Debtors request a hearing date subject to the Court's availability on September 8, 2026, but no later than September 9, 2026, to be heard along with the Debtors' other first day motions filed contemporaneously herewith.

5. **Supporting Argument.** The Debtors support this Motion as set forth below.

## JURISDICTION AND VENUE

6. The United States Bankruptcy Court for the Middle District of Tennessee (the "Court") has jurisdiction over these Chapter 11 Cases and this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

7. Venue of the Chapter 11 Cases and this Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409.

8. The statutory bases for the relief requested in this Motion are sections 105(a) and 521 of title 11 of the United States Code (the "Bankruptcy Code"), Bankruptcy Rules 1007(b), (c) and Local Rule 9075-1.

## BACKGROUND

9. On September 3, 2026 (the "Petition Date"), the Debtors filed with the Court voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases").

10. The Debtors are authorized to operate their businesses and manage their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. As of the date hereof, no trustee, examiner, or official committee of unsecured creditors has been appointed in the Chapter 11 Cases.

11. Contemporaneously with the filing of the petitions, the Debtors have filed a notice of election designating these Chapter 11 Cases as complex cases under Local Rule 2081-2(b).

12. Reuland Electric Co. ("Reuland") is an 89-year-old manufacturer of custom electric motors. It operates an aluminum casting foundry in City of Industry, California, a CNC machining operation in Brea, California, a motor winding, assembly, and testing facility in La Verne, California, and a manufacturing and testing facility for larger motors in Howell, Michigan, together with an engineering office in Ohio. It employs approximately 194 people and serves more than 1,000 repeat customers.

13. Additional factual background regarding the Debtors, including their business operations, capital structure, and the events leading to the filing of the Chapter 11 Cases, is set forth in detail in the First Day Declaration, which is incorporated herein by reference.

## RELIEF REQUESTED

14. By this Motion, the Debtors seek an order extending the time for filing the Schedules and Statements (as defined below) for an additional 30 days (for a total of 44 days from the Petition Date), through and including October 17, 2026.

15. Pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007(b) and (c), a debtor is required to file with the Court within 14 days of the Petition Date (a) a schedule of assets and liabilities, (b) a statement of financial affairs, (c) a schedule of current income and expenditures, (d) a statement of executory contracts and unexpired leases, and (e) a list of equity security holders (collectively, the "Schedules and Statements").

## BASIS FOR RELIEF

16. Given the size and complexity of their businesses and the fact that certain prepetition invoices have not yet been received and/or entered into the Debtors' financial systems, the Debtors have not had the opportunity to gather all the necessary information to prepare and file their Schedules and Statements.

17. While the Debtors have commenced the task of gathering the necessary information to prepare and finalize the Schedules and Statements, the Debtors believe that the 14-day automatic extension of time to file such Schedules and Statements provided by Bankruptcy Rule 1007(c) is not sufficient to permit completion of the Schedules and Statements. At this time, the Debtors estimate that an extension of 30 additional days (for a total of 44 days) will provide sufficient time to prepare and file the Schedules and Statements. The Debtors request that the Court establish October 17, 2026, as the date on or before which they must file their Schedules and Statements, without prejudice to the Debtors' rights to seek any further extensions from this Court, or to seek a waiver of the requirement of filing certain schedules.

18. Courts in chapter 11 cases have regularly found "cause" to extend the deadline for filing schedules and statements for a duration similar to what the Debtors seek, especially when the case involves operations of comparable size, complexity, and geographic scope. *See, e.g., In re Vigilant Health Network, Inc.* No. 25-00100 (CMW) (Bankr. M.D. Tenn. January 9, 2025)

(granting debtors 35-day extension from the petition date); *In re Nashville Senior Care*, No. 23-02924 (CMW) (Bankr. M.D. Tenn. August 16, 2023) (granting debtors 35-day extension from the petition date); *In re Hidden Acres Healthcare, LLC*, No. 1:22-bk-02780 (MFH) (Bank. M.D. Tenn. Aug. 31, 2022) (granting debtors 25-day extension from the petition date); *In re Curae Health Inc.*, No. 18-05665 (CMW) (Bankr. M.D. Tenn. Aug. 29. 2018) (granting debtors 28-day extension from the petition date); *In re FirstEnergy Sols. Corp.*, No. 18-50757 (AMK) (Bankr. N.D. Ohio Apr. 4 2018) (same); *In re New Life Int'l*, No. 13-10974 (RSM) (Bankr. M.D. Tenn. Jan. 10, 2014) (granting debtors 30-day extension from the petition date); *In re Great Lakes Comnet, Inc.*, No. 16-00290 (JTG) (Bankr. W.D. Mich. Jan 27, 2016) (granting debtors 35-day extension from the petition date).

## **NOTICE**

19. Notice of this Motion has been provided as set forth in paragraph 3, above. The Debtors respectfully submit that, in light of the nature of the relief requested, no further notice of this Motion is required.

WHEREFORE, the Debtors respectfully request that the Court enter an order substantially in the form attached hereto as **Exhibit A**: (i) granting the Debtors an additional 30 days (for a total of 44 days from the Petition Date) to file the Schedules and Statements, without prejudice to the Debtors' rights to seek any further extensions or other relief from the Court; and (ii) granting such other and further relief as is just and proper.

Dated: September 3, 2026.

Respectfully submitted,

*<u>/s/ Robert J. Gonzales</u>*
Robert J. Gonzales (TN BPR# 016705)
Hannah L. Berny (TN BPR# 039269)
**EMERGELAW, PLC**
4235 Hillsboro Pike, Suite 300
Nashville, Tennessee 37215
(615) 815-1535
robert@emerge.law
hannah@emerge.law

*Proposed Counsel for Debtors and Debtors in Possession*

**EXHIBIT A**

***Proposed Order***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ONCORE MOTOR GROUP LLC, and | ) | Case No. 26-BK-04298 |
| REULAND ELECTRIC CO., | ) | Case No. 26-BK-04300 |
| | ) | |
| Debtors.[1] | ) | Hon. Nancy B. King |
| | ) | Chapter 11 |
| | ) | (Joint Administration Requested) |

**EXPEDITED ORDER GRANTING THE DEBTORS ADDITIONAL TIME TO FILE SCHEDULES AND STATEMENTS**

This matter coming before the Court on the Expedited Motion of Debtors for an Order Granting the Debtors Additional Time to File Schedules and Statements (the "Motion"). The Court having reviewed the Motion and finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and reference from the District Court for the Middle District of Tennessee pursuant to 28 U.S.C. § 157; (b) this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) venue of the Debtors' chapter 11 cases and the Motion is proper under 28 U.S.C. § 1408 and § 1409; (d) service and notice of the Motion was sufficient under the circumstances; and (e) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

[1] The Debtors in these Chapter 11 cases, along with the last four digits of Debtors' federal tax identification numbers are: OnCore Motor Group LLC (3510) and Reuland Electric Co. (2980). The corporate headquarters and mailing address for OnCore Motor Group LLC is 6323 Pettus Road, Antioch, TN 37013-4722. The corporate headquarters for Reuland Electric Co. is 1615 Yeager Ave, La Verne, CA 91750 and the mailing address is 225 North Unruh, City of Industry, CA 91744.

2. The time within which the Debtors must file the Schedules and Statements is extended to 44 days after the Petition Date, through and including October 17, 2026, without prejudice to the Debtors seeking a further extension of time to file the Schedules and Statements.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

APPROVED FOR ENTRY:

*/s/ Robert J. Gonzales*
Robert J. Gonzales (TN BPR# 016705)
Hannah L. Berny (TN BPR# 039269)
**EMERGELAW, PLC**
4235 Hillsboro Pike, Suite 300
Nashville, Tennessee 37215
(615) 815-1535
robert@emerge.law
hannah@emerge.law

*Proposed Counsel for Debtors and Debtors in Possession*