**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ONCORE MOTOR GROUP LLC, and | ) | Case No. 26-BK-04298 |
| REULAND ELECTRIC CO., | ) | Case No. 26-BK-04300 |
| | ) | |
| Debtors.[1] | ) | Hon. Nancy B. King |
| | ) | Chapter 11 |
| | ) | (Joint Administration Requested) |

**EXPEDITED MOTION FOR ENTRY OF ORDER**
**SETTING A HEARING ON FIRST DAY MOTIONS**

The above-captioned debtors and debtors-in-possession (the "Debtors") respectfully submit this *Expedited Motion for Entry of Order Setting a Hearing on First Day Motions* (the "Motion") pursuant to Local Bankruptcy Rule 2081-2.

**JURISDICTION**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core matter within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

2. On On September 3, 2026 (the "Petition Date"), the Debtors filed with the Court voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases").

3. The Debtors are authorized to operate their businesses and manage their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. As of the

[1] The Debtors in these Chapter 11 cases, along with the last four digits of Debtors' federal tax identification numbers are: OnCore Motor Group LLC (3510) and Reuland Electric Co. (2980). The corporate headquarters and mailing address for OnCore Motor Group LLC is 6323 Pettus Road, Antioch, TN 37013-4722. The corporate headquarters for Reuland Electric Co. is 1615 Yeager Ave, La Verne, CA 91750 and the mailing address is 225 North Unruh, City of Industry, CA 91744.

date hereof, no trustee, examiner, or official committee of unsecured creditors has been appointed in the Chapter 11 Cases.

4. Contemporaneously with the filing of the petitions, the Debtors have filed a notice of election designating these Chapter 11 Cases as complex cases under Local Bankruptcy Rule 2081-2(b).

5. Reuland Electric Co. ("Reuland") is an 89-year-old manufacturer of custom electric motors. It operates an aluminum casting foundry in City of Industry, California, a CNC machining operation in Brea, California, a motor winding, assembly, and testing facility in La Verne, California, and a manufacturing and testing facility for larger motors in Howell, Michigan, together with an engineering office in Ohio. It employs approximately 194 people and serves more than 1,000 repeat customers.

6. Debtors have filed the *Declaration of Grant R. Bibby in Support of Chapter 11 Petitions and First Day Pleadings*, which includes a history of the business, a summary of the operations, and the reasons for filing Chapter 11 (Docket No. 7) (the "First Day Declaration"). The First Day Declaration is incorporated herein by reference.

**RELIEF REQUESTED**

7. Expedited Relief Requested. Local Rule 9075-1 allows the Court to issue orders granting relief sought by expedited motions. Pursuant to Local Rule 9075-1(b), the Debtors request expedited relief in each of the following motions ("First Day Motions") filed concurrently herewith:

*a.* *Expedited Motion for Entry of an Order Directing the Joint Administration of Chapter 11 Cases* (Docket No. 5);

*b.* *Expedited Motion for Entry of Interim and Final Orders Authorizing the Use of Cash Collateral, Granting Adequate Protection, and Setting a Final Hearing* (Docket No. 8);

c. *Expedited Motion for Entry of an Order (A) Authorizing the Debtor to Pay Certain Prepetition (I) Wages and Salaries, (II) Reimbursable Employee Expenses, (III) Deductions and Payroll Taxes, and (IV) Employee Medical and Similar Benefits; (B) Authorizing the Debtor to Continue Its Employee Programs in the Ordinary Course; and (C) Authorizing and Directing Banks and Other Financial Institutions to Honor All Related Checks and Electronic Payment Requests* (Docket No. 9);

d. *Expedited Motion for Entry of an Order (I) Authorizing the Debtors to Continue Their Insurance Program, (II) Authorizing the Debtors to Pay All Prepetition and Postpetition Obligations with Respect Thereto, and (III) Authorizing Banks to Honor and Process Related Checks and Transfers* (Docket No. 10);

e. *Expedited Motion for Entry of an Order Authorizing the Debtor to Honor Prepetition Obligations to Customers and to Continue Customer Programs in the Ordinary Course of Business* (Docket No. 11);

f. *Expedited Motion for Entry of Order Authorizing Maintenance and Use of Existing Bank Accounts and Cash Management System* (Docket No. 12);

g. *Expedited Motion to Prohibit the Discontinuation of Utility Services, Approve Adequate Assurance of Payment, and Establish Procedures for Additional Adequate Assurance* (Docket No. 13);

h. *Expedited Motion for Entry of an Order (A) Approving the Master Service List, (B) Limiting Notice, (C) Authorizing Service by Electronic Mail, and (D) Establishing Procedures for Parties to Request Notice* (Docket No. 14);

i. *Expedited Motion for Entry of an Order Granting Additional Time to File Schedules and Statements* (Docket No. 15).

8. The First Day Motions must be considered on an expedited basis because the Debtors' business operations will suffer immediate and irreparable harm if these matters are not addressed expeditiously. Reuland Electric Co. meets a weekly payroll for 194 employees, purchases raw material daily to build against a backlog of firm customer orders, and depends on uninterrupted utility service at an aluminum foundry and four manufacturing facilities. Its working capital lender has accelerated its loan, written to Reuland's customers directing them to stop paying

Reuland, and filed a lawsuit in California seeking to appoint a receiver. Without prompt relief the Debtors cannot fund payroll, purchase material, or tell their customers where to send payment.

9. The Debtors respectfully request a hearing on **September 8, 2026**, but no later than **September 9, 2026**, subject to the Court's availability.

WHEREFORE, the Debtors respectfully request entry of an Order granting the relief requested herein and granting the Debtors such other and further relief to which they may be entitled.

Dated: September 3, 2026.

Respectfully submitted,

*/s/ Robert J. Gonzales*

Robert J. Gonzales (TN BPR# 016705)
Hannah L. Berny (TN BPR# 039269)
**EMERGELAW, PLC**
4235 Hillsboro Pike, Suite 300
Nashville, Tennessee 37215
(615) 815-1535
robert@emerge.law
hannah@emerge.law

*Proposed Counsel for Debtors and Debtors in Possession*