**SO ORDERED.**
**SIGNED 3rd day of September, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

**Nancy B. King**
**U.S. Bankruptcy Judge**

**Joint administration is granted on a provisional basis with ONCORE MOTOR GROUP LLC *et al.* Case No. 26-BK-04298 designated as the lead case. Any party objecting to the cases continuing to be administered jointly shall file an objection within 14 days of entry of this Order. In that event, a hearing will be scheduled. Otherwise, the cases will remain administratively consolidated until further order of the Court.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ONCORE MOTOR GROUP LLC, and | ) | Case No. 26-BK-04298 |
| REULAND ELECTRIC CO., | ) | Case No. 26-BK-04300 |
| | ) | |
| Debtors.[1] | ) | Hon. Nancy B. King |
| | ) | Chapter 11 |
| | ) | (Joint Administration Requested) |

**<u>ORDER GRANTING MOTION FOR JOINT ADMINISTRATION</u>**

Upon the expedited Motion[2] of the Debtors for entry of an Order pursuant to Bankruptcy Code sections 302 and 342(c)(1) and Bankruptcy Rule 1015(b) directing joint administration of these cases for procedural purposes only and waiving the requirement that the Debtors' captions list the Debtors' tax identification numbers and addresses; and upon consideration of the First Day Declaration; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing

[1] The Debtors in these Chapter 11 cases, along with the last four digits of Debtors' federal tax identification numbers are: OnCore Motor Group LLC (3510) and Reuland Electric Co. (2980). The corporate headquarters and mailing address for OnCore Motor Group LLC is 6323 Pettus Road, Antioch, TN 37013-4722. The corporate headquarters for Reuland Electric Co. is 1615 Yeager Ave, La Verne, CA 91750 and the mailing address is 225 North Unruh, City of Industry, CA 91744.

[2] Capitalized terms not defined in this Order shall have the meanings given to them in the Motion.

that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The above-captioned Chapter 11 Cases shall be consolidated for procedural purposes only and jointly administered by the Court.

3. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-BK-04298 |
| ONCORE MOTOR GROUP LLC *et al.,* | ) | Chapter 11 |
| | ) | Hon. Nancy B. King |
| Debtors. | ) | |
| | ) | Jointly Administered |

4. Each motion, application and notice shall be captioned as indicated in the preceding decretal paragraph and all original docket entries shall be made in the case of OnCore Motor Group LLC, Case Number 26-04298.

5. The requirement that each of the Debtors' employer identification number and address be contained in the caption and/or notices is hereby waived.

6. A docket entry substantially as follows shall be entered on the docket of each of the Debtors, other than the Chapter 11 Case of Debtor OnCore Motor Group LLC to reflect the joint administration of these Chapter 11 Cases:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Reuland Electric Co. (Case No. 26-04300), and OnCore Motor Group LLC (Case No. 26-04298). **The docket of**

**OnCore Motor Group LLC, Case No. 26-04298, should be consulted for all matters affecting this case.**

IT IS SO ORDERED.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

APPROVED FOR ENTRY:

*<u>/s/ Robert J. Gonzales</u>*
Robert J. Gonzales (TN BPR# 016705)
Hannah L. Berny (TN BPR# 039269)
**EMERGELAW, PLC**
4235 Hillsboro Pike, Suite 300
Nashville, Tennessee 37215
(615) 815-1535
robert@emerge.law
hannah@emerge.law

*Proposed Counsel for Debtors and Debtors in Possession*