**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-BK-04298 |
| ONCORE MOTOR GROUP LLC *et al.*, | ) | Chapter 11 |
| | ) | Hon. Nancy B. King |
| Debtors. | ) | |
| | ) | Jointly Administered |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: October 2, 2026.**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: October 13, 2026, at 9:00 A.M., COURTROOM 3, 701 BROADWAY NASHVILLE, TN.**
**(Virtual appearances at hearing only if allowed; See website for details.)**

---

The relief described below is being requested from the Court. **YOUR RIGHTS MAY BE AFFECTED**. If you do not want the Court to grant this request, you or your attorney must file a response or objection by the deadline, explaining why you are opposed. **If a response or objection is not filed, the Court may grant the request without a hearing**. Any response must identify the motion to which you are responding and state the response deadline and hearing date.

The Court's filing requirements and instructions can be located on the Court's website at www.tnmb.uscourts.gov/9013. If you need assistance, you may call the Bankruptcy Court at (615) 736-5584 or visit the Bankruptcy Court in person at 701 Broadway, 1st Floor, Nashville, TN during operating hours.

---

**APPLICATION FOR ORDER APPROVING EMPLOYMENT AND RETENTION OF EMERGELAW, PLC AS COUNSEL FOR DEBTORS**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby apply to this Court pursuant to 11 U.S.C. § 327 and Rule 2014 of the Federal Rules of Bankruptcy Procedure for an Order authorizing and approving the employment of EmergeLaw, PLC (the "Firm") to represent the Debtors as counsel in these cases. A verified statement of the Firm pursuant to 11 U.S.C. § 329 and Rules 2014(a) and 2016(b) of the Bankruptcy Rules is attached hereto as **Exhibit A**. In support of this application, the Debtors state as follows:

1. On September 3, 2026, the Debtors commenced these cases by filing voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases"). The Chapter 11 Cases are jointly administered under Case No. 26-BK-04298 pursuant to the *Order Granting Joint Administration* (Docket No. 18) and are complex cases within the meaning of Local Rule 2081-2.

2. The Debtors are in possession of their property and managing their affairs as Debtors-in-Possession.

3. The Debtors have selected the Firm because the Debtors believe the Firm to be well qualified to represent them in these proceedings.

4. The Firm has been and will be employed to provide various legal services for Debtors, including, but not limited to, the following:

(a) Providing legal advice with respect to the rights, powers and duties of Debtors in the management of their property;

(b) Investigating and, if necessary, instituting legal action on behalf of the Debtors to collect and recover assets of the estates of Debtors;

(c) Preparing all necessary pleadings, orders and reports with respect to this proceeding and to render all other necessary or proper legal services;

(d) Assisting and counseling the Debtors in the preparation, presentation and confirmation of their plan;

(e) Representing the Debtors as may be necessary to protect their interests; and

(f) Performing all other legal services that may be necessary and appropriate in the general administration of the Debtors' estates.

5. The Debtors and the Firm do not believe that there is any actual or potential conflict of interest affecting the Firm's representation of the Debtors. The Firm does not currently, and after diligent inquiry believes it has not previously represented any creditor of the Debtors or any party in interest except as specifically noted below.

6. Subject to this Court's approval, the Firm will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date the services are rendered. Robert J. Gonzales and Hannah L. Berny will be primarily responsible for representing the Debtors in these cases. Robert J. Gonzales's standard hourly rate is $875. Hannah L. Berny's standard hourly rate is $490. The standard hourly rate for the Firm's paralegals is $225. The hourly rates set forth above are subject to adjustment each year on January 1.

7. In addition to seeking payment for legal services, the Firm will charge for all expenses actually incurred on behalf of the Debtors, consistent with its normal practices and as may be approved by the Court as reasonable and necessary. The expenses and charges include such items as: filing fees, PACER charges, third-party document services, mail and express mail charges, hand delivery and other delivery charges, transcription costs, and photocopying charges.

8. Prior to the Petition Date, the Firm received a total of $153,476.00 from the Debtors. The Firm earned and applied $74,893.00 for services rendered prior to the Petition Date, and $3,476.00 was used to pay the Chapter 11 filing fees for both cases. The balance of $75,107.00 is held in the Firm's trust account and will be applied only to fees and expenses allowed by the Court.

9. The Firm will apply to the Court for approval of compensation for services provided and expenses incurred in its representation of the Debtors after the Petition Date. No funds may be

paid by the Debtors post-petition to the Firm for fees or expenses absent entry of an order approving such compensation.

10. OnCore Motor Group LLC is a holding company that conducts no business operations. Reuland Electric Co. is the operating Debtor. Substantially all of the services the Firm will provide in the Chapter 11 Cases will therefore benefit both Debtors, and the Firm will bill its time on a consolidated basis. The Debtors will be jointly responsible for compensation to the Firm as may be approved by the Court. Where the Firm renders services solely for one Debtor, including the preparation of that Debtor's schedules, statements, and monthly operating reports, the Firm will identify those services separately in its time records and in each fee statement and fee application, so that the fees and expenses attributable to each Debtor can be determined. The Firm will not be required to open a separate matter, or to file a separate fee statement or fee application, for any individual Debtor.

11. Compensation and reimbursement of expenses of the Firm shall be governed by Local Rule 2081-2(m) and by any order of this Court establishing interim compensation procedures in the Chapter 11 Cases.

12. The Firm does not hold or represent any interest adverse to the Debtors or the Debtors' estates. Pursuant to Bankruptcy Rule 2014(a), the only connections the Firm has with the Debtors, their creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, any person employed in the office of the United States Trustee, or any judge of the U.S. Bankruptcy Court for the Middle District of Tennessee are as follows:

(a) From 2019 to 2024, the Honorable Nancy B. King, now a United States Bankruptcy Judge for the Middle District of Tennessee, and presiding Judge for the

Chapter 11 Cases, was a partner in the Firm. Judge King has held no interest in the Firm and has had no financial relationship with the Firm since her appointment to the bench.

(b) EmergeLaw partner Robert J. Gonzales was employed in 1993 as a Summer Law Intern in the Office of the U.S. Trustee in Nashville, Tennessee.

13. The Firm does not believe it represents any interest adverse to the Debtors or the Debtors' estates. The Firm is believed to be a "disinterested person" under Bankruptcy Code §§ 101(14) and 327, as evidenced by the attached Verified Statement of Robert J. Gonzales.

**NOTICE**

14. The Debtors will provide notice of this Application to all parties on the Master Service List maintained in the Chapter 11 Cases pursuant to Local Rule 2081-2(f), including (a) the Office of the United States Trustee; (b) all secured creditors and their known counsel; (c) the parties included on the Debtors' consolidated list of their 30 largest unsecured creditors; and (e) any party that has requested notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested, the Debtors respectfully submit that no further notice is necessary.

WHEREFORE, the Debtors respectfully request that the Court enter an Order authorizing the employment of EmergeLaw, PLC as counsel for the Debtors in all capacities, and for such other and further relief as is appropriate and just.

[*remainder of this page intentionally left blank*]

Dated: September 7, 2026

Respectfully submitted,


*/s/ Robert J. Gonzales*
Robert J. Gonzales (TN BPR# 016705)
Hannah L. Berny (TN BPR# 039269)
**EMERGELAW, PLC**
4235 Hillsboro Pike, Suite 300
Nashville, Tennessee 37215
(615) 815-1535
robert@emerge.law
hannah@emerge.law

*Proposed Counsel for Debtors and Debtors in Possession*


## CERTIFICATE OF SERVICE

I hereby certify that notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including the United States Trustee and counsel for parties requesting notice, and was served by United States mail, postage prepaid upon all parties included on the Master Service List filed in these cases. Parties may also access this filing through the Court's electronic filing system.

*/s/ Robert J. Gonzales*
Robert J. Gonzales

**<u>EXHIBIT A</u>**

***Verified Statement of Robert J. Gonzales***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-BK-04298 |
| ONCORE MOTOR GROUP LLC *et al.,* | ) | Chapter 11 |
| | ) | Hon. Nancy B. King |
| Debtors. | ) | |
| | ) | Jointly Administered |

**VERIFIED STATEMENT OF ROBERT J. GONZALES**

EmergeLaw, PLC (the "Firm"), proposed counsel for the Debtors, respectfully submits, pursuant to 11 U.S.C. §§ 327 and 329 and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), this Verified Statement disclosing connections with creditors and parties in interest, if any, and disclosing compensation paid or agreed to be paid to the Firm.

I, Robert J. Gonzales, on behalf of the Firm, do hereby swear under penalty of perjury as follows:

1. I am an attorney and member of the Firm with an office located at 4235 Hillsboro Pike, Suite 300, Nashville, Tennessee 37215, and I submit this Verified Statement in support of the application of the Debtors for approval of the retention and employment of the Firm (the "Application").

2. I am an attorney in good standing and licensed to practice law in the State of Tennessee and am duly qualified and admitted to practice before this Court.

3. The Application accurately sets forth the agreement between the Debtors and the Firm. The rates set forth in the Application are equal to or below the rates customarily charged by the Firm for comparable services other than in a case under Title 11 of the United States Code.

4. Prior to the Petition Date, the Firm received a total of $153,476.00 from the Debtors. The Firm earned and applied $74,893.00 for services rendered prior to the Petition Date,

and $3,476.00 was used to pay the Chapter 11 filing fees for both cases. The balance of $75,107.00 is held in the Firm's trust account.

5. There exists no understanding or agreement between the Firm and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with these cases except as authorized by 11 U.S.C. § 504(b)(1).

6. To the best of my knowledge, the Firm, and its members and associates, represent no interest adverse to the Debtors or to the estates in matters upon which they are to be engaged. It is believed, and therefore represented, that the Firm is disinterested within the meaning of 11 U.S.C. §§ 101(14) and 327.

7. To the best of my knowledge and the Firm's knowledge, the Firm has no disqualifying connection with the Debtors, their creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, any person employed in the office of the United States Trustee, or any judge of the U.S. Bankruptcy Court for the Middle District of Tennessee. The only connections with any such parties are disclosed in the Application, including the prior partnership of the Honorable Nancy B. King in the Firm from 2019 to 2024.

8. During the period of its employment as counsel for the Debtors, the Firm, and its members and associates, will not hold any interest adverse to the Debtors and will not cease to be a disinterested person within the meaning of 11 U.S.C. §§ 101(14) and 327.

[*remainder of this page intentionally left blank*]

**VERIFICATION**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 7th day of September 2026.

*/s/ Robert J. Gonzales*
Robert J. Gonzales

**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-BK-04298 |
| ONCORE MOTOR GROUP LLC *et al.*, | ) | Chapter 11 |
| | ) | Hon. Nancy B. King |
| Debtors. | ) | |
| | ) | Jointly Administered |

**ORDER APPROVING EMPLOYMENT AND RETENTION OF**
**EMERGELAW, PLC AS COUNSEL FOR DEBTORS**

This matter came on for consideration on the *Application for Order Approving Employment and Retention of EmergeLaw, PLC as Counsel for Debtors* (the "Application"). It appearing that approval of employment on the terms and conditions described in the Application is appropriate, and it further appearing that notice of the Application was properly given pursuant to this Court's local rules and that no objections were filed,

IT IS THEREFORE ORDERED that the Application is approved on the terms and conditions described therein, and EmergeLaw, PLC is approved and authorized as counsel for the Debtors effective as of the commencement of these Chapter 11 Cases.

IT IS SO ORDERED.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

APPROVED FOR ENTRY:

*/s/ Robert J. Gonzales*
Robert J. Gonzales (TN BPR# 016705)
Hannah L. Berny (TN BPR# 039269)
**EMERGELAW, PLC**
4235 Hillsboro Pike, Suite 300
Nashville, Tennessee 37215
(615) 815-1535
robert@emerge.law
hannah@emerge.law

*Proposed Counsel for Debtors and Debtors in Possession*