**SO ORDERED.**
**SIGNED 8th day of September, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

**Nancy B. King**
**U.S. Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-BK-04298 |
| ONCORE MOTOR GROUP LLC *et al.*, | ) | Chapter 11 |
| | ) | Hon. Nancy B. King |
| Debtors. | ) | |
| | ) | Jointly Administered |

**EXPEDITED ORDER (A) APPROVING THE DEBTOR'S ADEQUATE ASSURANCE OF PAYMENT TO UTILITY COMPANIES AND (B) ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS BY UTILITY COMPANIES FOR ADDITIONAL ASSURANCE OF PAYMENT**

This matter is before the Court on the *Expedited Motion to Prohibit the Discontinuation of Utility Services, Approve Adequate Assurance of Payment, and Establish Procedures for Additional Adequate Assurance* (the "Utilities Motion")[1] filed by Reuland Electric Co. (the "Debtor"). The Court, having reviewed the Utilities Motion and First Day Declaration, and considered arguments of counsel, and having determined that the relief requested in the Utilities Motion is in the best interest of the Debtor's estate and creditors, and further having set forth its findings on the record pursuant to Fed. R. Bankr. P. 7052, hereby ORDERS as follows.

1. The Utilities Motion is GRANTED on an interim basis as set forth herein.

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings ascribed to such terms in the Motion.

2. The Utilities Motion is set for final hearing on **September 22, 2026** at **9:00 a.m.** in Courtroom 3, 701 Broadway, Nashville, Tennessee (the "Final Hearing").

3. Objections may be filed up to the time of the Final Hearing. If no timely objection is filed, no final hearing shall be held, and this Order shall be self-effectuating and final.

4. Any Utility in possession of a security deposit shall be authorized to continue to hold such security deposit (the "Cash Deposit") as adequate assurance of payment for Utility Services. Notwithstanding the foregoing, each Utility shall have the right to seek additional adequate assurances of payment pursuant to the terms of this Order.

5. The following additional adequate assurances are hereby approved as follows:

a. The Debtor shall serve a copy of this Order on the entities identified as utility providers in the Utilities Motion (individually, a "Utility" and collectively, the "Utilities") within three (3) business days after entry.

b. The Debtor shall, if requested by a Utility, provide an additional deposit of $100.

c. In the event that a Utility disputes its status as a utility provider or maintains that the proposed adequate assurance is not satisfactory, the Utility shall notify Debtors' counsel by email (robert@emerge.law or hannah@emerge.law) up to the time of the Final Hearing.

d. Upon receipt of notification of a dispute, and to the extent the parties are unable to reach a consensual resolution, Debtor's counsel will notify the Court that an objection will be heard at the Final Hearing.

6. Any Utility that does not contact the Debtor will be deemed to have received adequate assurance of payment that is satisfactory to such Utility within the meaning of § 366(c)(2) of the Bankruptcy Code, and shall further be deemed to have waived any right to seek additional adequate assurance during the course of these Chapter 11 Cases, except as provided in §§ 366(b)(2) or 366(c)(3) of the Bankruptcy Code.

7. To the extent any entity that is not listed in the Utilities Motion believes it provided the Debtor with Utility Services within the meaning of Bankruptcy Code § 366, that entity must make a written request within twenty (20) days of receiving notice of the Utilities Motion. Failure to make a written request within such time bars such entity from terminating the services it provides to the Debtor pursuant to § 366 of the Bankruptcy Code.

8. Absent further order of this Court, the Utilities, including any subsequently-added Utilities, are prohibited from altering, refusing, or discontinuing service to or discriminating against the Debtor on account of unpaid prepetition invoices or due to the commencement of this case, or requiring the Debtor to pay an additional deposit or other security in connection with the provision of post-petition Utility Services, other than in accordance with the Additional Adequate Assurance Procedures contained herein.

9. Notwithstanding anything to the contrary herein, the Debtor's rights to challenge any claim on any basis filed pursuant to 11 U.S.C. § 503(b)(9), including, without limitation, claims filed by Utilities or entities removed or deemed removed from the Utility List in the Utilities Motion, are preserved.

10. Subject to the terms and conditions of any Order of this Court with respect to the Debtor's use of Cash Collateral, the Debtor is authorized to pay on a timely basis in accordance with its pre-petition practices all undisputed invoices regarding Utility Services rendered by the Utilities to the Debtor.

11. Nothing in this Order or the Motion shall be deemed to constitute post-petition assumption or adoption of any agreement under § 365 of the Bankruptcy Code.

12. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

13. Upon entry of this Order, notice of this Order shall be served on (i) each Utility; (ii) all parties consenting to electronic service; and (iii) the Office of the United States Trustee.

14. In the absence of timely objections or requests for Additional Adequate Assurance, this Order shall be final as of the date of entry.

IT IS SO ORDERED.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

APPROVED FOR ENTRY:

*/s/ Robert J. Gonzales*
Robert J. Gonzales (TN BPR# 016705)
Hannah L. Berny (TN BPR# 039269)
**EMERGELAW, PLC**
4235 Hillsboro Pike, Suite 300
Nashville, Tennessee 37215
(615) 815-1535
robert@emerge.law
hannah@emerge.law

*Proposed Counsel for Debtors and Debtors in Possession*