**SO ORDERED.**
**SIGNED 8th day of September, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

**Nancy B. King**
**U.S. Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-BK-04298 |
| ONCORE MOTOR GROUP LLC *et al.,* | ) | Chapter 11 |
| | ) | Hon. Nancy B. King |
| Debtors. | ) | |
| | ) | Jointly Administered |

**EXPEDITED ORDER AUTHORIZING CONTINUED MAINTENANCE OF EXISTING BANK ACCOUNTS AND AUTHORIZING CONTINUED USE OF EXISTING BUSINESS FORMS AND CHECKS**

Upon the Debtors' Expedited Motion[1] for entry of an Order pursuant to Bankruptcy Code sections 105, 345, 363, and 503(b)(1), 1107 and 1108 and Bankruptcy Rule 6003, authorizing, but not directing, continued maintenance of existing bank accounts, and authorizing a waiver of certain operating guidelines relating to bank accounts, and authorizing, but not directing, continued use of existing business forms and checks; and upon consideration of the First Day Declaration; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, the bankruptcy estates, the creditors, and other parties-in-interest; and after due deliberation thereon and sufficient cause appearing therefor, it is hereby ORDERED that:

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings ascribed to such terms in the Motion.

1. The Motion is GRANTED as set forth herein.

**I. Bank Accounts**

2. Pursuant to sections 105 and 363 of the Bankruptcy Code, the Debtors, in their discretion, are authorized, but not directed, to (i) designate, maintain, and continue to use any and all lock box, depository, disbursement, checking, and other accounts (collectively, the "Prepetition Bank Accounts") in existence as of the Petition Date, with the same account numbers, including the accounts identified in the Motion; (ii) if necessary, open new accounts if needed (such new accounts, together with the Prepetition Bank Accounts, hereinafter the "Bank Accounts"); and (iii) treat the Bank Accounts for all purposes as debtor-in-possession accounts. The Debtors shall have forty-five days from entry of this Order, or such longer period as may be agreed with the United States Trustee, either to comply with section 345(b) of the Bankruptcy Code or to make such other arrangements as may be agreed with the United States Trustee. Nothing in this paragraph prejudices the right of the Debtors or the United States Trustee to seek further relief from this Court.

3. The Debtors shall notify the United States Trustee in writing of any Bank Account opened or closed within five days of the opening or closing. The Debtors shall open any new account at an institution that is party to a Uniform Depository Agreement with the United States Trustee.

4. The Debtors shall maintain separate books and records for each Debtor, sufficient to account separately for the assets, liabilities, receipts, and disbursements of each Debtor.

5. The Debtors shall not transfer funds to any non-debtor affiliate absent further order of this Court.

**II. Business Forms**

6. The Debtors are authorized to continue to use the existing business forms and checks without alteration or change and without the designation "Debtor-in-Possession" or a "debtor-in-possession case number" imprinted upon them. If the Debtors open or close a bank account, they shall provide notice to the United States Trustee. Any new check stock used by the Debtors will contain the designation "Debtor-in-Possession."

7. The Debtors are hereby authorized to execute any additional documents incident to the relief granted pursuant to this Order.

8. Notwithstanding Rule 6004 of the Federal Rules of Bankruptcy Procedure (to the extent applicable), this Order shall be effective and enforceable immediately upon entry hereof.

IT IS SO ORDERED.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

APPROVED FOR ENTRY:

*/s/ Robert J. Gonzales*
Robert J. Gonzales (TN BPR# 016705)
Hannah L. Berny (TN BPR# 039269)
**EMERGELAW, PLC**
4235 Hillsboro Pike, Suite 300
Nashville, Tennessee 37215
(615) 815-1535
robert@emerge.law
hannah@emerge.law

*Proposed Counsel for Debtors and Debtors in Possession*