**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Bk Case No.: 26-04298 |
| OnCore Motor Group LLC *et al.* | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | Judge Nancy B. King |

**<u>APPOINTMENT AND NOTICE OF APPOINTMENT</u>**
**<u>OF THE OFFICIAL UNSECURED CREDITORS COMMITTEE</u>**

Pursuant to 11 U.S.C. § 1102, the United States Trustee hereby appoints and gives notice of the appointment of the following members to the Official Unsecured Creditors Committee.

*Superior Essex*
*Essex Brownell Inc.*
**Joshua Caudill**
1601 Wall Street
Fort Wayne, IN 46802
260-461-5283
joshua.caudill@spsx.com

*CoilPlus, Inc.*
**Joe Kaspar**
6250 N. River Road
Suite 6050
Rosemont, IL 60018
630-674-1103
jkaspar@coilplus.com

*Mercer RPM, Inc.*
**Dan Stetler**
W237N2920 Woodgate Road
Suite 200
Pewaukee, WI 53072
262-853-1433
dstetler@mercerrpm.com

Respectfully submitted,
PAUL A. RANDOLPH,
ACTING U.S. TRUSTEE, REGION 8

<u>/s/ Megan Seliber</u>
Megan Seliber
Trial Attorney
701 Broadway, Suite 318
Nashville, TN 37203
(202) 567-1480
megan.seliber@usdoj.gov